WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Thomas Rhodes,<br><br>                Plaintiff,<br><br>v.<br><br>Ricardo E. Chavez, et al,,<br><br>                Defendants. | No. CV-12-01971-PHX-DGC<br><br>**ORDER** |

Plaintiff asserted in his response to the government's motion to dismiss (Doc. 19), that "B.O.P. staff revised . . . Plaintiff's release date and added another 5 days to the term of his imprisonment" (Doc. 28 at 2). Plaintiff failed, however, to attach the documentation he cited to support his assertion. The Court cannot credit this statement as true and must disregard it if Plaintiff fails to file relevant documentation within two weeks of the issuance of this order.

**IT IS ORDERED** that Plaintiff file documents "Exhibit A and B" cited in Doc. 28 by October 14, 2013.

Dated this 30th day of September, 2013.

_____
David G. Campbell
United States District Judge