1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| David Thomas Rhodes, | No. CV-12-01971-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| Ricardo E Chavez, et al., | |
| Defendants. | |

Following dismissal of Plaintiff Thomas Rhodes' most recent appeal, Defendant Hoffman sought a renewed scheduling order (Doc. 71) and the Court set a status conference for today at 2:00 p.m. to discuss Defendant's request (Doc. 72). The Court's docket shows that Defendant's motion and the Court's order were mailed to Plaintiff's address in California.

Plaintiff did not appear for today's conference, nor did he call in. Counsel for Defendant informed the Court that he has made at least four attempts to contact Plaintiff since the appeal was dismissed, and has received no response from Plaintiff.

On or before **May 19, 2017**, Plaintiff shall file a memorandum with the Court showing cause why this case should not be dismissed for failure to prosecute – explaining why he has not communicated with defense counsel regarding the status and scheduling of this case and why he did not appear at today's hearing. Plaintiff is warned that the

1 | Court will dismiss this case if he fails to respond as required by this order.

Dated this 26th day of April, 2017.

*David G. Campbell*
United States District Judge